# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC.<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>MOTOCROSS THE MOVIE, LLC and STEVE AUSTIN, an individual,<br><br>　　　　　　Respondents. | CV10-437 ODW(JEMx)<br><br>JUDGMENT<br><br>Date:　2/22/10<br>Time:　1:30 p.m.<br>Ctrm:　11 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, West, Inc. ("WGAW," "Guild" and/or "Petitioner") was taken under submission by the Honorable <u>Otis D. Wright II</u>.  Respondents Motocross The Movie, LLC, and Steve Austin ("Respondents") were duly served with notice of the proceeding but failed to file a responsive pleading.  The Court, having considered the pleadings and documents on file, orders the following:

//

//

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this proceeding as follows:

1. Respondents, jointly and severally, shall pay the Guild $5,000.00 for the unpaid script publication fee and $2,243.83 in interest calculated as of the December 12, 2007, arbitration hearing; interest shall continue to accrue at the rate of 1.5% per month until the principal amount has been paid in full;

2. Respondents, jointly and severally, shall pay the Guild $7,500.00 in damages for their failure to obtain and deliver to the Guild assumption agreements from transferees as required by the Writers Guild of America 2001 Theatrical and Television Basic Agreement;

3. The Guild is assigned the right to receive all monies owed Respondents, jointly and severally, by any third party, including but not limited to, any licensee, transferee or successor-in-interest, subject to any prior perfected security agreement in favor of a third party, until the script publication fee and accrued interest are paid in full;

4. The Guild shall advance the Arbitrator's fee of $2,515.00 and the Court Reporter's fee of $611.08, being hereby assigned the right to recover from Respondents, jointly and severally, their half share of the Arbitrator's fee, namely $1,257.50, and the Court Reporter's fee, namely $305.54; and

5. Respondents, jointly and severally, are further ordered to pay the Guild $2,500.00 in attorneys' fees and $350.00 in costs.

Dated: February 23, 2010

_____
United States District Court Judge